**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 17-cv-1051-WJM-NYW

CRAIG SCHINDLER, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

WHITING PETROLEUM CORP.,

    Defendant.

**ORDER TRANSFERRING CASE AND DENYING MOTION FOR
CONDITIONAL CERTIFICATION AS MOOT**

Before the Court is the parties' Joint Motion to Transfer Venue Under 28 U.S.C. § 1404(a) (ECF No. 54), requesting transfer to the United States District Court, Southern District of Texas, Houston Division. Also pending is Plaintiff's Expedited Motion for Conditional Certification and Notice to Putative Class Members (ECF No. 30)

The parties jointly request a transfer of venue, which the Court may order pursuant to 28 U.S.C. § 1404(a): "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or *to any district or division to which all parties have consented*"  (emphasis added).

In light of the fact that "all parties have consented" to a transfer of venue, the Court ORDERS as follows:

1.     The parties' Joint Motion to Transfer Venue Under 28 U.S.C. § 1404(a) (ECF No. 54) is GRANTED;

2. This case is TRANSFERRED to the United States District Court, Southern District of Texas, Houston Division;

3. The Clerk shall transmit the file to the Clerk of that court, to be consolidated with *Fritzler v. Noble Energy, Inc., et al.*, Civ. A. No. 4:17-cv-01278; and

4. Plaintiff's Expedited Motion for Conditional Certification and Notice to Putative Class Members (ECF No. 30) is DENIED AS MOOT without prejudice to refiling once this action is docketed in the United States District Court, Southern District of Texas, Houston Division.

Dated this 27th day of February, 2018.

BY THE COURT:

_____
William J. Martinez
United States District Judge